No. 89–5626.  MARTIN v. ALABAMA.  Sup. Ct. Ala.; and

No. 89–5683.  ELLIS v. LYNAUGH, DIRECTOR, TEXAS DEPART-
MENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.  Re-
ported below: No. 89–5593, 534 N. E. 2d 719; No. 89–5595, 548 So.
2d 562; No. 89–5626, 548 So. 2d 496; No. 89–5683, 873 F. 2d 830.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circum-
stances cruel and unusual punishment prohibited by the Eighth
and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153,
227, 231 (1976), we would grant certiorari and vacate the death
sentences in these cases.

No. 88–1964.  POLYAK v. HAMILTON, JUDGE, CHANCERY AND
CIRCUIT COURTS OF LAWRENCE COUNTY, *ante*, p. 815;

No. 88–2026.  PACYNA v. MARSH, SECRETARY OF THE ARMY,
ET AL., *ante*, p. 819;

No. 88–5682.  LEVITT v. UNIVERSITY OF TEXAS AT EL PASO
ET AL., 488 U. S. 984;

No. 88–7104.  BAKER v. UNITED STATES, *ante*, p. 827;

No. 88–7221.  IN RE MARTIN, *ante*, p. 806;

No. 88–7291.  THOMAS v. COWLEY, WARDEN, ET AL., *ante*,
p. 831;

No. 88–7359.  GIBSON v. TURNER, SUPERINTENDENT, RENZ
CORRECTIONAL CENTER AT CEDAR CITY, MISSOURI, *ante*, p. 833;

No. 88–7603.  HOOPER v. DISTRICT OF COLUMBIA OFFICE OF
HUMAN RIGHTS, *ante*, p. 844;

No. 89–18.  WINER v. NIXON, *ante*, p. 847;

No. 89–5031.  LAWSON v. TANEDO ET AL., *ante*, p. 857;

No. 89–5045.  HAZIME v. UNITED STATES, *ante*, p. 858;

No. 89–5056.  SILVAGGIO v. CALIFORNIA, *ante*, p. 895;

No. 89–5210.  MARTIN v. DELAWARE LAW SCHOOL OF WID-
ENER UNIVERSITY, INC., ET AL., *ante*, p. 875;

No. 89–5211.  MARTIN v. SUPREME COURT OF PENNSYLVANIA
ET AL., *ante*, p. 876;

No. 89–5216.  CAMPBELL v. MCCORMICK, WARDEN, *ante*,
p. 895;

No. 89–5254.  SINGLETON v. MCKELLAR, WARDEN, ET AL.,
*ante*, p. 874; and

No. 89–5462.  HARDIN v. BOYD CIRCUIT COURT ET AL., *ante*,
p. 898.  Petitions for rehearing denied.